ACCEPTED
14-15-00004-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 10:30:52 AM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 14-15-00004-CV**

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 10:30:52 AM
CHRISTOPHER A. PRINE
Clerk

**LAUREL MILLER AND ELIANA MILLER**
**Appellants**

**vs.**

**DEBO HOMES, LLC**
**Appellee**

From Cause No. 13-DCV-209822
In the 400th Judicial District Court
Fort Bend County, Texas

**APPELLEE'S FIRST UNOPPOSED MOTION TO ENLARGE THE TIME
FOR FILING THEIR REPLY BRIEF**

Craig Welscher
State Bar No. 21167200
Nicholas Martinez
State Bar No. 24087986
The Welscher Law Firm, P.C.
1111 North Loop West, Suite 702
Houston, Texas 77008
(713) 862-0800 – Telephone
(713) 862-4003 – Facsimile
Email: nmartinez@welscherlaw.com
*Attorneys for Appellee*

1

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW DEBO HOMES, LLC, the Appellee in the above-numbered and styled appeal, by and through their counsel of record, Nicholas Martinez, and respectfully moves for an enlargement of thirty (30) days for the filing of their reply brief to Appellants' opening brief, and in support thereof would respectfully show unto the Court the following:

1.      Appellants' opening brief was filed on June 8, 2015.

2.      Appellee's reply brief is now due on July 8, 2015.

3.      Appellee's opening brief is due on July 27, 2015

4.      Appellee has been diligently working on preparing their opening brief in preparation for the July 27 deadline. Appellee has not had the opportunity to prepare their reply brief.

5.      Counsel for Appellants graciously does not oppose this enlargement of the Appellee's briefing deadline.

## **PRAYER**

Wherefore, premises considered, the Appellee, Debo Homes, LLC, prays that the Court enlarge the deadline for the filing of their opening brief thirty (30) days, through and including August 7, 2015.

Respectfully submitted,

**THE WELSCHER LAW FIRM**


/s/ Nicholas Martinez
Craig Welscher
State Bar No. 21167200
Nicholas Martinez
State Bar No. 24087986
The Welscher Law Firm, P.C.
1111 North Loop West, Suite 702
Houston, Texas 77008
(713) 862-0800 – Telephone
(713) 862-4003 – Facsimile
Email: nmartinez@welscherlaw.com
*Attorneys for Appellee*

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with Mr. Timothy A. Hootman about this Motion. On July 2, 2015, Mr. Hootman advised over via email that he is unopposed to this Motion.

/s/ Nicholas Martinez
Nicholas Martinez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record in the manner required by Texas Rule of Appellate Procedure 9.5, on this the 7th day of July, 2015.

***Via Electronic Service***
Timothy A. Hootman
2402 Pease St.
Houston, Texas 77003

/s/ Nicholas Martinez
Nicholas Martinez